# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| WILLIAM EVANS,<br><br>        Appellant<br><br>        v.<br><br>PENNSYLVANIA BOARD OF<br>PROBATION AND PAROLE,<br><br>        Appellee | No. 15 EAP 2019 |

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of the December, 2019, the Application for Summary Relief is GRANTED.  The Order of the Commonwealth Court is AFFIRMED.